S. Peter Serrano
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 14 2025

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIPE GARCIA RIVERA,<br><br>Defendant. | 1:25-CR-2126-RLP<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. § 111(a)(1), (b)<br>Assaulting Resisting, or Impeding Certain Officers or Employees |

The Grand Jury charges:

On or about November 4, 2025, in the Eastern District of Washington, the Defendant, FELIPE GARCIA RIVERA, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit, Homeland Security Special Agents and Enforcement and Removal Operations

INDICTMENT – 1

Officers, who were engaged in, and on account of, official duties, with a dangerous weapon, to wit, a Ford F-250 pickup, in violation of 18 U.S.C. § 111(a)(1), (b).

DATED this 14th day of November, 2025.

A TRUE BILL



_____
S. Peter Serrano
United States Attorney

_____
Michael D. Murphy
Assistant United States Attorney

INDICTMENT – 2