FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 14, 2025

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** FELIPE GARCIA RIVERA        **CASE NO.** 1:25-cr-02126-RLP

TOTAL # OF COUNTS: 1    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 11(a)(1), (b) | Assaulting Resisting, or Impeding Certain Officers or Employees | CAG not more than 20 years; and/or a fine not to exceed $250,000; not more than 3 years of supervised release; a $100 special penalty assessment. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |