Todd Blanche
Deputy Attorney General of the United States
Michael D. Murphy
Assistant United States Attorney
Eastern District of Washington
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 1 1 2026

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>    v.<br><br>FELIPE GARCIA RIVERA,<br><br>                              Defendant. | Case No. 1:25-CR-02126-RLP<br><br>SUPERSEDING INDICTMENT<br><br>Vio.:  18 U.S.C. § 111(a)(1), (b)<br>        Assaulting Resisting, or<br>        Impeding Certain Officers or<br>        Employees<br>        (Count 1)<br><br>        18 U.S.C. § 1361<br>        Willfully Injuring Any<br>        Property of the United States<br>        (Count 2) |

The Grand Jury charges:

COUNT 1

On or about November 4, 2025, in the Eastern District of Washington, the Defendant, FELIPE GARCIA RIVERA , did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit, Homeland Security Special Agents and Enforcement and Removal Operations

SUPERSEDING INDICTMENT – 1

Officers, who were engaged in official duties, with a dangerous weapon, to wit, a Ford F-250 pickup, in violation of 18 U.S.C. § 111(a)(1), (b).

COUNT 2

On or about November 4, 2025, in the Eastern District of Washington, the Defendant, FELIPE GARCIA RIVERA , did willfully, by means of ramming with a vehicle, injure and commit a depredation against property of the United States and of a department or agency thereof, the Department of Homeland Security, specifically a 2022 Nissan Titan Crew Cab pickup truck, and did attempt to do so, and the resulting damage was greater than $1,000, in violation of 18 U.S.C. § 1361.

DATED this *11th* day of February, 2026.

A TRUE BILL

Todd Blanche
Deputy Attorney General

Alison L. Gregoire
Criminal Chief

Michael D. Murphy
Assistant United States Attorney

SUPERSEDING INDICTMENT – 2