# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.** 1:25-CR-2126-RLP-1 |
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE: 2/19/2026** |
| FELIPE GARCIA RIVERA, | **LOCATION:  Yakima** |
| Defendant. | **CHANGE OF PLEA** |

### JUDGE REBECCA L. PENNELL

| Linda Hansen, Spokane<br>Ruby Mendoza, Yakima<br>**Courtroom Deputy** | **Law Clerk** | Natalia Rivera<br><br>**Interpreter** | Marilynn McMartin<br><br>**Court Reporter** |
|---|---|---|---|
| Michael Murphy<br><br>**Government Counsel** | | Craig Webster<br><br>**Defense Counsel** | |

[ X ] **Open Court**                    [ ] **Probation:**

Defendant is in custody of the US Marshal and present with counsel. He is assisted by a Federally Certified Spanish Interpreter.

An original signed Plea Agreement was provided to the Court.

Michael Murphy presented the elements of the offense, the maximum penalties and the factual basis for the charges.  Mr. Murphy advised that the victim notifications have been made.

The Court advised the Defendant of his rights relating to the charges against him. Oath administered to Defendant for change of plea. The Court inquired regarding Defendant's understanding of the elements and facts, which would need to be proven to obtain a conviction. The Court advised the Defendant of the potential penalties associated with the charge, the possible immigration consequences and that he will be giving up certain rights to appeal.

The Defendant pleaded guilty to Count 1 of the Superseding Indictment and the Court accepted his plea as knowing and voluntary. Any pending motions are denied as moot.

The Court ordered a pre-sentence report be prepared by the USPO and set sentencing for **5/21/2026 at 11:30 a.m.** in Yakima.

The Defendant is remanded to the custody of the US Marshal pending sentencing.

| CONVENED:  10:10 AM | ADJOURNED:  10:42 AM | TIME:  32 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|